BEFORE THE FIRST DIVISION, JANUARY 13, 1969

**No. P69/10.**—E. Besler & Company et al. v. United States, protests 67/26820–4223, etc. (Chicago).

**No. P69/11.**—City Products Corporation v. United States, protests 67/51061, etc. (Mobile).

**No. P69/12.**—City Products Corporation et al. v. United States protests 67/79010, etc. (Baltimore).

**No. P69/13.**—Keen Industries, Inc. v. United States, protests 67/80811–5495, etc. (Chicago).

**No. P69/14.**—Keen Industries, Inc. v. United States, protests 68/31375–7835, etc. (Chicago).

**No. P69/15.**—Nancy Sales Company, Inc. v. United States, protests 66/8164, etc. (Boston).

**No. P69/16.**—National Silver Company v. United States protests 67/62237, etc. (Boston).

**No. P69/17.**—Reliance Trading Corporation of Illinois v. United States, protests 66/78386–2643, etc. (Chicago).

**No. P69/18.**—Karl Schroff & Assoc., Inc. v. United States, protests 66/77278–2841, etc. (Chicago).

**No. P69/19.**—Karl Schroff & Assoc., Inc. *v.* United States, protests 66/78623–3037, etc. (Chicago).

**No. P69/20.**—Karl Schroff & Assoc., Inc. *v.* United States, protests 67/26828–4232, etc. (Chicago).

**No. P69/21.**—Karl Schroff & Assoc., Inc. *v.* United States, protests 67/66707–5209, etc. (Chicago).

**No. P69/22.**—Karl Schroff & Assoc., Inc. *v.* United States, protests 68/7995–6486 and 68/8944–6563 (Chicago).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiffs was sustained.